**IT IS SO ORDERED.**

**SIGNED THIS: July 14, 2016**

_____
**Mary P. Gorman
United States Chief Bankruptcy Judge**

---

**UNITED STATES BANKRUPTCY COURT**
Central District of Illinois

| | | | |
|---|---|---|---|
| In re: | Earl Gaudio & Son, Inc, | ) | Case No.   13-90942 |
| | Debtor. | ) | |
| Earl Gaudio & Son, Inc. | | ) | |
| | Plaintiff, | ) | |
| v. | | ) | Adv. No.   15-09025 |
| United States Small Business Administration | | ) | |
| | Defendant. | ) | |

**ORDER**

The following having been filed:

1)   Motion for summary judgment filed by the plaintiff. (Doc. #44)

IT IS ORDERED THAT:

| Matter | Action |
|---|---|
| 1. | Defendant is given until August 4, 2016 to respond to motion for summary judgment and the plaintiff is given until August 18, 2016 to reply. |
| | Motion for summary judgment to be under advisement thereafter. |

Go to **www.ilcb.uscourts.gov** for information regarding this court's *mandatory* electronic filing policy.

###