**IT IS SO ORDERED.**

**SIGNED THIS: April 12, 2018**

_____
**Mary P. Gorman**
**United States Chief Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EARL GAUDIO & SON, INC., | ) | Case No. 13-90942 |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING DEBTOR'S MOTION PURSUANT TO FED. R. BANKR. P.9019 FOR ENTRY OF AN ORDER AUTHORIZING THE COMPROMISE OF TURNOVER ACTION AGAINST THE UNITED STATES OF AMERICA ON BEHALF OF THE SMALL BUSINESS ADMINISTRATION**

This matter is before the Court on the above-referenced *Debtor's Motion Pursuant to Fed. R. Bankr. P. 9019 for Entry of an Order Authorizing the Compromise of Turnover Action Against the United States of America on Behalf of the Small Business Administration* (the "Motion"). The Motion was filed on March 2, 2018 and served by the Debtor that same date; a Notice of the Motion giving notice of the hearing on the Motion and any objection thereto was filed on March 2, 2018, and served by the Bankruptcy Noticing Center on March 4, 2018. No objections to the Motion were filed. A hearing to consider the Motion was held on April 11,

CO\5777913.2

2018.  The Court has reviewed the Motion and has found the Motion to be well-taken and in the best interests of the Debtor, its creditors, and its estate.  Accordingly, IT IS ORDERED that:

1. Due and proper notice of the Motion has been provided;

2. The Motion is granted in its entirety;

3. The Settlement Agreement attached as Exhibit A to the Motion is approved;

4. The Debtor is authorized and empowered to take all necessary steps to carry out and otherwise effectuate the terms, conditions, and provisions of the Settlement Agreement; and

5. This Court shall retain jurisdiction over any and all matters arising from or related to the interpretation of this Order and the Settlement Agreement approved herein.

IT IS SO ORDERED.

###